[No. 36731-5-I.    Division One.    December 23, 1996.]

DANIEL I. DANIELSON, *Respondent*, v. ESTATE OF EDNA OLIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00822-2, Michael F. Moynihan, J., entered June 16, 1995. *Affirmed in part, reversed in part* and *remanded in part* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Ellington, J.

[No. 36765-0-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD F. LICHLITER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08126-4, Dale B. Ramerman, J., entered June 7, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Armstrong, J. Pro Tem.

[No. 37047-2-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHON LEE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01396-3, Norma Smith Huggins, J., entered July 11, 1995. *Affirmed* by unpublished per curiam opinion.